IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>PINTER, RONALD A<br>PINTER, PEGGY E<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07-70951 MB<br><br>Judge MANUEL BARBOSA |

## TRUSTEE'S FINAL REPORT

To: THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

NOW COMES STEPHEN G. BALSLEY, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on 04/20/07. The Trustee was appointed on 04/20/07. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is 0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of November 7, 2007 is as follows:

    a.    RECEIPTS (See Exhibit C)    $    52,605.76

    b.    DISBURSEMENTS (See Exhibit C)    $    19,226.05

    c.    NET CASH available for distribution    $    33,379.71

    d.    TRUSTEE/PROFESSIONAL COSTS

|   |   |   |
|---|---|---|
| 1. | Trustee compensation requested (See Exhibit F) | $_____4,567.70 |
| 2. | Trustee Expenses (See Exhibit F) | $_____0.00 |
| 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F-1) | $_____3,360.50 |

  e. Illinois Income Tax for Estate (See Exhibit G)  $_____0.00

5. The Bar Date for filing unsecured claims expired on 08/31/07.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---|
| a. | Allowed unpaid secured claims | $_____0.00 |
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 claims | $_____7,928.20 |
| c. | Allowed Chapter 11 Administrative Claims | $_____0.00 |
| d. | Allowed priority claims | $_____0.00 |
| e. | Allowed unsecured claims | $_____32,084.56 |
| f. | Surplus return to debtor | $_____0.00 |

7. Trustee proposes that unsecured creditors receive a distribution of 79.33% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $4,797.30 to Robert W. Ross and Apex Restoration and Construction Co., representing 10% of the insurance proceeds received from Kemper Insurance of $47,973.03, pursuant to Court Order of September 24, 2007. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $3,360.50. The total of Chapter 7 professional fees and expenses requested for final allowance is $3,360.50.

9. A fee of $1,100.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: November 7, 2007

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
PINTER, RONALD A
PINTER, PEGGY E

CASE NO. 07-70951 MB

Judge MANUEL BARBOSA

Debtor(s)

## DISTRIBUTION REPORT

I, <u>STEPHEN G. BALSLEY</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims | $            0.00 |
| Chapter 7 Administrative Expenses: | $       7,928.20 |
| Chapter 11 Administrative Expenses: | $            0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $            0.00 |
| Secured Tax Liens: | $            0.00 |
| Priority Tax Claims (507(a)(8)): | $            0.00 |
| Priority Claims (507(a)(9)-(a)(10)): | $            0.00 |
| General Unsecured Claims: | $      25,451.51 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $      33,379.71 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $7,928.20 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | Stephen G. Balsley, Trustee | 4,567.70 | 4,567.70 |
| | Stephen G. Balsley, Attorney for Trustee | 3,360.50 | 3,360.50 |
| | TOTAL | $ | 7,928.20 |

d. $25,451.51 for general unsecured creditors who have filed claims allowed in the total amount of $32,084.56, yielding a dividend of 79.33%, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $32,084.56 | 79.33% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | GE Money Bank d/b/a Sams Club | 990.66 | 785.86 |
| 2 | GE Money Bank d/b/a JCPenney Credit Services | 1,322.08 | 1,048.76 |
| 3 | Chase Bank USA, N.A. | 2,981.51 | 2,365.12 |
| 5 | Chase Bank USA, N.A. (Kohl's) | 250.24 | 198.51 |
| 6 | LVNV Funding LLC | 1,633.55 | 1,295.84 |
| 7 | LVNV Funding LLC, Assignee of Citibank | 16,526.46 | 13,109.83 |
| 8 | LVNV Funding LLC, Assignee of Citibank | 3,639.32 | 2,886.94 |
| 9 | Aspire VISA Gold | 4,740.74 | 3,760.65 |
| | TOTAL | $ | 25,451.51 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 4 | Beneficial<br>961 Weigel Drive<br>Elmhurst, IL 60126 | $ 38,095.04 | Disallowed for purposes of distribution |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: November 7, 2007         /s/Stephen G. Balsley
                                STEPHEN G. BALSLEY, Trustee

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| Stephen G. Balsley, Trustee | $ 0.00 | $ 4,567.70 | $ 4,567.70 |
| Stephen G. Balsley, Attorney for Trustee | $ 0.00 | $ 3,360.50 | $ 3,360.50 |
| **TOTALS** | $ 0.00 | $ 7,928.20 | $ 7,928.20 |

# EXHIBIT A

## TASKS PERFORMED

### RONALD A. PINTER AND PEGGY E. PINTER
### CHAPTER 7 BANKRUPTCY CASE NO. 07-70951

---

The Debtors suffered extensive damage by fire to their home after the commencement of the bankruptcy case. The personal property in the premises had a substantially higher insured value than the amounts scheduled in the bankruptcy petition. The Trustee retained the services of a public insurance adjuster and recovered $49,973.03 from Kemper Insurance as part of a settlement of the loss of property. Some of the items inside the home, however, were property of the children of the Debtors. The Trustee turned over to the Debtors' children the sum of $9,019.75 as their share of the insurance proceeds pursuant to an Order of the Court entered on September 24, 2007.

The Trustee also worked with the Debtors' attorney regarding various exemptions. Pursuant to an agreement of the parties, an Order regarding those exemptions was entered on November 5, 2007. The Trustee has paid the Debtors their total exemptions as amended.

The Trustee has paid the commission of 10% to the public insurance adjuster.

The Trustee has determined no income tax return is necessary for this bankruptcy estate. The Trustee has further examined the claims filed and determined no basis for objections to the claims.

SGB:vcg

EXHIBIT B

Page: 1

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Case Number: 07-70951 MB
Case Name: PINTER, RONALD A
PINTER, PEGGY E
Period Ending: 11/07/07

Trustee: (330410) STEPHEN G. BALSLEY
Filed (f) or Converted (c): 04/20/07 (f)
§341(a) Meeting Date: 05/24/07
Claims Bar Date: 08/31/07

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4607 Manheim, Rockford, IL | 135,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash | 25.00 | 0.00 | DA | 0.00 | FA |
| 3 | Rockford Postal Credit Union savings account (H) | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | National City Bank checking account (J) | 20.00 | 0.00 | DA | 0.00 | FA |
| 5 | National City Bank checking account (W) | 20.00 | 0.00 | DA | 0.00 | FA |
| 6 | National City Bank checking account (H) | 20.00 | 0.00 | DA | 0.00 | FA |
| 7 | National City Bank checking account (W) | 6.00 | 0.00 | DA | 0.00 | FA |
| 8 | Household goods and furnishings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Clothing | 600.00 | 0.00 | DA | 0.00 | FA |
| 10 | Jewelry | 900.00 | 0.00 | DA | 0.00 | FA |
| 11 | Met Life Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1998 Pontiac Grand Prix (W) | 2,800.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1997 Dodge Ram (J) | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 14 | Computer | 200.00 | 0.00 | DA | 0.00 | FA |
| 15 | Avon inventory | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | Timeshare - Aqua Sun Investments | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | Lawn equipment | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | Hand tools | 500.00 | 0.00 | DA | 0.00 | FA |

Printed: 11/07/2007 02:41 PM   V.9.55

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 07-70951 MB | Trustee: | (330410) STEPHEN G. BALSLEY |
| --- | --- | --- | --- |
| Case Name: | PINTER, RONALD A | Filed (f) or Converted (c): | 04/20/07 (f) |
|  | PINTER, PEGGY E | §341(a) Meeting Date: | 05/24/07 |
| Period Ending: | 11/07/07 | Claims Bar Date: | 08/31/07 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19 | Two lawn trailers | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 20 | Insurance proceeds from fire (u) | 52,582.59 | 52,582.59 |  | 52,582.59 | FA |
| 21 | Personal property (amended) | 709.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 23.17 | Unknown |
| 22 | Assets   Totals  (Excluding unknown values) | $205,482.59 | $52,582.59 |  | $52,605.76 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 15, 2007        **Current Projected Date Of Final Report (TFR):** November 8, 2007  (Actual)

Printed: 11/07/2007 02:41 PM    V.9.55

EXHIBIT C

Page: 1

## Form 2
### Cash Receipts And Disbursements Record

| Case Number: | 07-70951 MB | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | PINTER, RONALD A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | PINTER, PEGGY E | | Account: | ***-*****57-65 - Money Market Account |
| Taxpayer ID #: | 13-7578345 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/08/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/01/07 | {20} | Kemper Autu and Home | Insurance proceeds | 1249-000 | 47,973.03 | | 47,973.03 |
| 10/05/07 | 1001 | Ronald A. Pinter and Peggy E. Pinter | Payment to Debtors for benefit of Debtors' children per Court Order 09/24/07 | 8100-002 | | 9,019.75 | 38,953.28 |
| 10/17/07 | 1002 | Robert W. Ross/Apex Restoration & Construction Co. | Insurance Adjuster Commission | 3991-000 | | 4,797.30 | 34,155.98 |
| 10/22/07 | {20} | Dennis L. Leahy | Insurance proceeds | 1249-000 | 4,609.56 | | 38,765.54 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.17 | | 38,788.71 |
| 11/07/07 | 1003 | Ronald A. Pinter and Peggy E. Pinter | Exemptions to Debtor per Court Order 11/05/2007 | 8100-002 | | 5,409.00 | 33,379.71 |
| | | | **ACCOUNT TOTALS** | | 52,605.76 | 19,226.05 | $33,379.71 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 52,605.76 | 19,226.05 | |
| | | | Less: Payments to Debtors | | | 14,428.75 | |
| | | | **NET Receipts / Disbursements** | | **$52,605.76** | **$4,797.30** | |

{} Asset reference(s)

Printed: 11/08/2007 08:18 AM   V.9.55

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-70951 MB | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|
| Case Name: | PINTER, RONALD A | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | PINTER, PEGGY E | Account: | ***-*****57-65 - Money Market Account |
| Taxpayer ID #: | 13-7578345 | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 11/08/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | TOTAL - ALL ACCOUNTS | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|---|
| | | | MMA # ***-*****57-65 | | 52,605.76 | 4,797.30 | 33,379.71 |
| | | | | | $52,605.76 | $4,797.30 | $33,379.71 |

{} Asset reference(s)

Printed: 11/08/2007 08:18 AM    V.9.55