Case Name:    RONALD A. PINTER
              PEGGY E. PINTER
Case No:      07-70951

# CERTIFICATION OF REVIEW

  The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 12/6/07        WILLIAM T. NEARY
              United States Trustee, Region 11


          BY: ___/s/_____
             Carole J. Ryczek
             Attorney for the U.S. Trustee