**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 7 - 2007

KENNETH S. GARDNER, CLERK
BY_____
DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
PINTER, RONALD A
PINTER, PEGGY E

CASE NO. 07-70951 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-0146; XXX-XX-2990

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At:   U.S. BANKRUPTCY COURT
          211 South Court Street, Room 115
          Rockford, IL 61101

    on:   December 27, 2007
    at:   1:00 p.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 4,567.70 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 3,360.50 | |

4. The Trustee's Final Report shows total:

    a. Receipts                              $ 52,605.76

    b. Disbursements                         $ 19,226.05

    c. Net Cash Available for Distribution   $ 33,379.71

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $25,451.51, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $32,084.56, resulting in an approximate distribution of 79.33% to unsecured creditors.

6.  The debtor has been discharged.

7.  The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE:   November 7, 2007

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 Stalter Drive
Rockford, IL  61108
815/962-6611

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

           07-70951    Doc 40    Filed 12/07/07    Entered 12/09/07 23:34:59    Desc Imaged
                                 Certificate of Service    Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: jshores              Page 1 of 2             Date Rcvd: Dec 07, 2007
Case: 07-70951                Form ID: pdf002            Total Served: 62

The following entities were served by first class mail on Dec 09, 2007.
db         +Ronald A Pinter,    4707 Cayuga Road,    Rockford, IL 61107-2312
jdb        +Peggy E Pinter,    4607 Manheim Rd,    Rockford, IL 61108-2108
aty        +Dennis L Leahy,    One Court Place, Suite 203,    Rockford, IL 61101-1042
tr         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
11315737   +Academy Collection Service,    PO Box 16119,    Philadelphia, PA 19114-0119
11315738    Account Solutions Group,    PO Box 628,    Buffalo, NY 14240-0628
11315739    Accounts Receivable Management,    PO Box 129,    Thorofare, NJ 08086-0129
11315740   +Alliance One,    1160 Center Point Drive,    Saint Paul, MN 55120-1270
11315741    Alliance One,    PO Box 21882,    Eagan, MN 55121-0882
11315742    American Mediation,    1 South 132 Summit Dr. Suite 202B,    Villa Park, IL 60181
11575060    Aspire VISA Gold,    P.O. Box 23051,    Columbus, GA 31902-3051
11315743   +Associated Bank,    PO box 2926,    Milwaukee, WI 53201-2926
11315745   +Avon Products,    Box 650099,    Dallas, TX 75265-0099
11315746    Bass & Associates,    3936 E Fort Lowell Rd. Suite 200,    Tucson, AZ 85712-1083
11462243   +Beneficial,    961 Weigel Dr,    Elmhurst IL 60126-1058
11315747    Beneficial,    PO Box 17574,    Baltimore, MD 21297-1574
11315748    Blatt, Hasenmiller, Leibsker & Moor,    125 S. Wacker Drive Suite 400,    Chicago, IL 60606-4440
11462345   +CHASE BANK USA, N.A.,    c/o CEDITORS BANKRUPTCY SERVICE,    P O BOX 740933,    DALLAS,TX 75374-0933
11315752   +CRC - Great Falls, MT,    PO Box 1701,    Great Falls, MT 59403-1701
11315749    Capital One,    PO Box 790216,    Saint Louis, MO 63179-0216
11315750    Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
11451849    Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    PO Box 3978,    Seattle, WA 981243978
11315751   +Citgo,    Processing Center,    Des Moines, IA 50362-0001
11315753   +Creditors Exchange,    80 Holtz Drive,    Buffalo, NY 14225-1470
11315754    Emerge,    PO Box 1249,    Newark, NJ 07101-1249
11315755   +Encore Receivable Management,    PO Box 3330,    Olathe, KS 66063-3330
11315756    Exxon Mobil,    PO Box 530962,    Atlanta, GA 30353-0962
11315760    HSBC,    PO Box 17051,    Baltimore, MD 21297-1051
11315757   +Heavner, Scott, Beyers & Mihlar,    111 E Main St. Suite 200,    Decatur, IL 62523-1339
11315758    Home Depot,    Processing Center,    Des Moines, IA 50364-0500
11315762   +Island Seas Investments,    3 Sunshine Blvd,    Ormond Beach, FL 32174-2921
11315763    JC Penney,    PO Box 960001,    Orlando, FL 32896-0001
11315764    John Hallock,    Rockford, IL
11315765    John Lee Jackson,    PO Box 941911,    Westwego, LA 70094-8911
11315766    Kohls,    PO Box 2983,    Milwaukee, WI 53201-2983
11315767   +Law Offices of Arthur B. Adler,    25 E Washington ST. Suite 500,    Chicago, IL 60602-1703
11315768   +Law Offices of Joseph H. Belzer,    6640 Shady Oak Rd. Suite 310,    Eden Prairie, MN 55344-7710
11315769   +Louis S. Freedman,    PO Box 3228,    Naperville, IL 60566-3228
11315772    MBNA,    PO Box 15137,    Wilmington, DE 19886-5137
11315770   +Mann Bracken, LLC,    2727 Paces Ferry Rd SE Suite 1400,    Atlanta, GA 30339-4053
11315776    NCO Financial,    PO Box 15889,    Wilmington, DE 19850-5889
11315773    National Arbitration Forum,    PO Box 50191,    Minneapolis, MN 55405-0191
11315774    National Asset Recovery,    2880 Dresden Dr. Suite 200,    Atlanta, GA 30341-3920
11315775    National City Mortgage,    PO Box 17677,    Baltimore, MD 21297-1677
11315778    OSI Collection Services, Inc.,    PO Box 922,    Brookfield, WI 53008-0922
11409601   +Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
             25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11409599   +Recovery Management Systems Corporation,    For GE Money Bank,    dba SAMS CLUB,
             25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11315779    Remex, Inc,    PO Box 457,    Rocky Hill, NJ 08553-0457
11315780    Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
11315781   +Rockford Postal Employees C.U.,    5608 N. 2nd St. Suite 1,    Loves Park, IL 61111-4683
11315785    SCS,    PO Box 2231,    Great Falls, MT 59403-2231
11315784    Sams Club,    PO Box 530942,    Atlanta, GA 30353-0942
11315786    Shoppers Charge Accounts,    PO Box 215,    Memphis, TN 38101-0215
11315787    The CBE Group,    PO Box 3136,    Milwaukee, WI 53201-3136
11315788    Thomas P. Sandquist,    PO Box 219,    Rockford, IL 61105-0219
11315789    Tiburon Financial,    PO Box 770,    Boys Town, NE 68010-0770
11315790   +United Collection Bureau,    PO Box 1116,    Maumee, OH 43537-8116
11315791    Universal Fidelity Corporation,    PO Box 941911,    Houston, TX 77094-8911
11315792    Wells Fargo,    4920 E. State Street,    Rockford, IL 61108-2272
11315793   +Yard Card,    PO Box 609,    Memphis, TN 38101-0609

The following entities were served by electronic transmission on Dec 08, 2007.
11570887    E-mail/Text: resurgentbknotifications@resurgent.com                              LVNV Funding LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11570889    E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
11315744*  +Associated Bank,    PO Box 2926,    Milwaukee, WI 53201-2926
11315761*   HSBC,    PO Box 17051,    Baltimore, MD 21297-1051
11315759*   Home Depot,    Processing Center,    Des Moines, IA 50364-0500
11315771*  +Mann Bracken, LLC,    2727 Paces Ferry Rd SE Suite 1400,    Atlanta, GA 30339-4053
11315777*   NCO Financial,    PO Box 15889,    Wilmington, DE 19850-5889
11315782*  +Rockford Postal Employees C.U.,    5608 N. 2nd St. Suite 1,    Loves Park, IL 61111-4683
11315783*  +Rockford Postal Employees C.U.,    5608 N. 2nd St. Suite 1,    Loves Park, IL 61111-4683
                                                                                           TOTALS: 0, * 8
```

```
District/off: 0752-3           User: jshores              Page 2 of 2              Date Rcvd: Dec 07, 2007
Case: 07-70951                 Form ID: pdf002            Total Served: 62
```

           ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2007**　　　　　　　　　　**Signature:** _Joseph Speetjens_