UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| RONALD A. PINTER and | ) | CASE NO. 07-70951 |
| PEGGY E. PINTER, | ) | |
| | ) | |
| Debtors. | ) | |

## TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO: THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. Evidence of all cancelled checks are attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

TRUSTEE, STEPHEN G. BALSLEY

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: February 20, 2008

WILLIAM T. NEARY
United States Trustee

By: CAROLE J. RYCZEK,
Attorney for United States Trustee

Stephen G. Balsley
**BARRICK, SWITZER, LONG,**
 **BALSLEY & VAN EVERA**
6833 Statler Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

January 01, 2008 through January 31, 2008
Primary Account: **000312106895765**

### CUSTOMER SERVICE INFORMATION

Service Center: 1-800-634-5273

00016261 DBI 802 24 03208 - NNN 1 000000000 60 0000
07-70951 PINTER RONALD A
PINTER PEGGY E DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---:|---:|
| **Checking** | | |
| Bankruptcy Business Checking 000312106895766 | 25,486.47 | 0.00 |
| Total | $25,486.47 | $0.00 |
| **Savings** | | |
| Bankruptcy Business Money Market 000312106895765 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |
| **TOTAL ASSETS** | **$25,486.47** | **$0.00** |

All **Summary Balances** shown are as of January 31, 2008 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

2/13/08



EXHIBIT
B

**JPMorganChase**

January 01, 2008 through January 31, 2008
Primary Account: **000312106895765**



## BANKRUPTCY BUSINESS MONEY MARKET

07-70951 PINTER RONALD A
PINTER PEGGY E DEBTOR

Account Number: 000312106895765

## SAVINGS SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Ending Balance | 0 | $0.00 |

This account earns interest daily and the current interest rate is 0.30%.

**JPMorganChase** 

January 01, 2008 through January 31, 2008
Primary Account: **000312106895765**

# BANKRUPTCY BUSINESS CHECKING

07-70951 PINTER RONALD A
PINTER PEGGY E DEBTOR

Account Number: 000312106895766

## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $25,486.47 |
| Checks Paid | 8 | - 25,486.47 |
| Ending Balance | 8 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 103 | 01/14 | $786.93 |
| 104 | 01/14 | 1,050.20 |
| 105 | 01/14 | 2,368.37 |
| 106 | 01/16 | 198.78 |
| 107 | 01/17 | 1,297.62 |
| 108 | 01/17 | 13,127.84 |
| 109 | 01/17 | 2,890.91 |
| 110 | 01/15 | 3,765.82 |
| **Total Checks Paid** |  | **$25,486.47** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 01/14 | $21,280.97 |
| 01/15 | 17,515.15 |
| 01/16 | 17,316.37 |
| 01/17 | 0.00 |